UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

In Re:

                                      Case #17-18337-BKC-JKO

Eisler Livan Hernandez,

                                      Chapter 13

    Debtor,
_____/

## DEBTOR'S EX-PARTE MOTION TO EXTEND DEADLINE TO FILE SCHEDULES, PLAN AND ALL OTHER REQUIRED DOCUMENTS UNDER 11 U.S.C. §521(a)(1)

COMES NOW THE DEBTOR, Eisler Livan Hernandez, moves this Court to Allow the Debtor Additional Time to File the Required Schedules, Plan and All Other Required Documents under 11 U.S.C. §521(a)(1) in this cause and would state in support thereof:

1. The instant cause was filed on June 30, 3017.

2. All of the required schedules have not been filed with the voluntary petition and a deficiency notice was filed by the Clerk.

3. The Debtor is in the process of obtaining all the required documents to properly complete the remaining schedules, plan and payment advices.

4. Therefore the Debtor requests an extension of time to file all remaining documents until July 28, 2017.

5. The Debtor files this Motion pursuant to Local Rule 9013-1(C)(2) and states that the requested extended deadline is not later than 5 days before the scheduled 341 meeting of creditors or the meeting of creditors has been not been set as of the date of the instant Motion.

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the undersigned shall served a copy of this ex-parte motion by either electronically or via U.S. Mail this 14th day of July, 2017 upon the following:

I hereby certify that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court as set forth in local rule 910(d)(1) and (2).

Electronically to:

- Robin R. Weiner, Trustee ECF Registered
- Office of the US Trustee    USTPRegion21.MM.ECF@usdoj.gov

All Parties on Matrix Via Regular U.S. Mail

/S/
Desiree C. Johnson, Esq.
FBN: 123031
Reyes & Calas-Johnson, PA
782 NW 42nd Ave., #447
Miami, Florida 33126
(305) 476-1900
rcjlawpa@aol.com

```
Label Matrix for local noticing          BMW Financial Services NA, LLC Department    Aut Ene Elec
113C-0                                   Ascension Capital Group                      Po Box 71324
Case 17-18337-JKO                        P.O. Box 165028                              Santurce, PR 00936-8424
Southern District of Florida             Irving, TX 75016-5028
Fort Lauderdale
Fri Jul 14 10:16:22 EDT 2017

(p)BB AND T                              (p)BANK OF AMERICA                           Bppr Prestamos Hipot
PO BOX 1847                              PO BOX 982238                                Gpo Box 2708
WILSON NC 27894-1847                     EL PASO TX 79998-2238                        San Juan, PR 00936



Capital One                              Capital One/Neiman Marcus/Bergdorf Goodm     Chase Card
Attn: Bankruptcy                         Po Box 729080                                Attn: Correspondence Dept
Po Box 30253                             Dallas, TX 75372-9080                        Po Box 15298
Salt Lake City, UT 84130-0253                                                         Wilmington, DE 19850-5298



Colonial Bank                            Credit One Bank Na                           First Choice Bank/cws
P.o. Box 1708                            Po Box 98873                                 Po Box 472
Huntsville, AL 35807-0708                Las Vegas, NV 89193-8873                     Kingston, NJ 08528-0472



German Jose Carreno Rodriguez            Internal Revenue Service                     LVNV Funding/Resurgent Capital
c/oRobert P. Frankel & Associates, PA    POB 7346                                     Po Box 10497
25 West Flagler St                       Philadelphia, PA 19101-7346                  Greenville, SC 29603-0497
900 City National Bank Building
Miami, FL 33130

Mercedes-Benz Financial                  Miami Dade County Tax Collector              Office of the US Trustee
Po Box 685                               140 W. Flagler St.                           51 S.W. 1st Ave.
Roanole, TX 76262-0685                   Miami, FL 33130-1575                         Suite 1204
                                                                                      Miami, FL 33130-1614


Portfolio Recovery Ass                   Reliable Financial Ser                       SunTrust Bank
120 Corporate Blvd Ste 1                 9615 Ave Los Romero Ste                      Attn: Support Services
Norfolk, VA 23502-4952                   San Juan, PR 00926-7036                      PO Box 85092
                                                                                      Richmond, VA 23285-5092


Suntrust Bank                            Suntrust Bk Miami Na                         Eisler Livan Hernandez
Attn:Bankruptcy Dept                     Attn: Bankruptcy Dept                        4534 SW 195th Way
Po Box 85092 Mc Va-Wmrk-7952             Po Box 85092 Mc Va-Wmrk-7952                 Miramar, FL 33029-6202
Richmond, VA 23285-5092                  Richmond, VA 23285-5092


Mary Reyes Esq                           Robin R Weiner
782 NW 42 Ave #447                       www.ch13weiner.com
Miami, FL 33126-5549                     POB 559007
                                         Fort Lauderdale, FL 33355-9007
```

          The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
          by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
BB&T                    Bk Of Amer              End of Label Matrix
Attn: Bankruptcy        Po Box 982238           Mailable recipients    25
Po Box 1847             El Paso, TX 79998       Bypassed recipients     0
Wilson, NC 27894                                Total                  25
```